IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05-268 |
| v. | ) | (18 U.S.C. § 1512(d)) |
| RYAN SCHNEIDERLOCHNER | ) | |

## INDICTMENT

The grand jury charges:

From in and around February, 2005, until in and around August, 2005, in the Western District of Pennsylvania, the defendant, RYAN SCHNEIDERLOCHNER, did intentionally harass and attempt to harass the victim, N.O., for the purpose of hindering, delaying, preventing, and dissuading N.O. from attending and testifying in an official proceeding and for the purpose of hindering, delaying, preventing, and dissuading N.O. from reporting to a law enforcement officer the commission and possible commission of a federal offense.

In violation of Title 18, United States Code, Section 1512(d).

A True Bill,

_____
FOREPERSON

*Robert S Cessar for*
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254